UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES DANIEL, JR., | Case No. C16-241-RSM |
| Petitioner, | ORDER ADOPTING R&R AND FOR TRANSFER |
| v. | |
| SPT. GLEBE, | |
| Respondent. | |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation and Supplemental Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, Dkt. #7, and Supplemental Report and Recommendation, Dkt. #8.

(2) Petitioner's Motion for Leave to Amend, Dkt. #6, is GRANTED.

(2) Petitioner's amended habeas petition, Dkt. #6-1, is TRANSFERRED to the Ninth Circuit Court of Appeals for consideration as an application for leave to file a successive petition.

(3) The Clerk is directed to send copies of this Order to counsel for the parties and

ORDER OF TRANSFER
PAGE - 1

1         to Judge Donohue.

2    DATED this 19th day of May 2016.

 

                                                RICARDO S. MARTINEZ
                                               CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF TRANSFER
PAGE - 2